# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAZINA CAMERON-SATCHELL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-576 |
| | : | |
| **CDHA MANAGEMENT LLC d/b/a** | : | |
| **CHILDREN'S DENTAL** | : | |
| **MANAGEMENT** | : | |

# ORDER

AND NOW, this 21st day of October 2021, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 16) and Motion to preclude testimony (ECF Doc. No. 17), Plaintiff's Oppositions (ECF Doc. Nos. 19, 20), Defendant's Replies (ECF Doc. No. 21, 22), following oral argument, and for reasons in the accompanying Memorandum detailing our finding of no genuine issue of material fact which precludes judgment in Defendant's favor as a matter of law, it is **ORDERED**:

1. Defendant's Motion for summary judgment (ECF Doc. No. 16) is **GRANTED**;

2. Defendant's Motion to preclude testimony (ECF Doc. No. 17) is **DENIED** as moot; and,

3. The Clerk of Court shall **close** this case.

**KEARNEY, J.**